UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Mortgage Electronic Registration Systems, Inc.        :   No. 4: CV-05-221

    Plaintiff

vs.

Michael C. Crocco
Lisa Crocco
    Defendants

### ORDER

AND NOW, this __9th__ day of __August__, 2006 the Court Clerk is ORDERED to amend the judgment in this case as follows:

| | |
|---|---:|
| Principal Balance | $128,452.71 |
| Interest Through September 14, 2006 | 19,733.44 |
| Per Diem $25.57 | |
| Late Charges | 1,043.28 |
| Legal fees | 2,325.00 |
| Cost of Suit and Title | 2,420.54 |
| Marshal's Sale Costs | 100.00 |
| Property Inspections | 106.80 |
| Appraisal/BPO | 0.00 |
| MIP/PMI | 150.72 |
| NSF | 0.00 |
| Suspense/Misc. Credits | 0.00 |
| Escrow Deficit | <u>5,704.88</u> |
| **TOTAL** | **$160,037.37** |

Plus interest from September 14, 2006 through the date of sale at six percent per annum.

Note: The above figure is not a payoff quote. Marshal's commission is not included in the above figure.

BY THE COURT

_____
John E. Jones III
U.S. District Judge

110256